UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-058ML** **DATE: June 14, 2005**

**TITLE: USA v. ROBERT A. SALISBURY**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK:** **John Duhamel**
**COURT REPORTER:** **Karen Zinni**
**INTERPRETER:**

**IN COURT**

---

**COUNSEL PRESENT:** **AUSA James H. Leavey - Govt**
**Edward C. Roy, Jr. - for Deft**
**Kurt O'Sullivan - U.S. Probation**

**PROCEEDINGS:** **Change of Plea Hearing**

**Deft is sworn and questioned by the Court. Court reviews the terms & conditions of the Plea Agreement. Deft is advised of his rights. Govt summarizes the evidence had the case gone to trial. Deft pleads "guilty" to the one count of the Indictment. Court accepts the guilty plea. Sentencing is set for Fri., 9/16/05 @ 9:30 a.m. Deft is remanded.**