**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-58-01T** |
| | ) | |
| **ROBERT SALISBURY** | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes the defendant Robert Salisbury and moves this Honorable Court to continue the sentencing in this matter currently scheduled for September 16, 2005. As grounds, defense counsel states that he has engaged a neuropsychologist and psychiatrist to evaluate the defendant, who has a history of psychiatric issues and Attention Deficit Disorder. It is in the defendant's best interest to have this evaluation done. Due to scheduling issues with the neuropsychologist and psychiatrist engaged by the defendant, the evaluation cannot be completed by September 16, 2005.

The defendant requests that the sentencing in the matter be continued for an additional six weeks.

Respectfully submitted
Robert Salisbury
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to James Leavey, Assistant United States Attorney, on September 7th, 2005