# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR 05-058ML***

RECEIVED
JUN 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Robert A. Salisbury**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **16th** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Return unexecuted, court appearance cancelled.**

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: June 14, 2005.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ______________________
*John Duhamel - Deputy Clerk*