**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-58-01S** ML |
| | ) | |
| **ROBERT SALISBURY** | ) | |

---

**MOTION TO CONTINUE SENTENCING**

Now comes the defendant Robert Salisbury and moves this Honorable Court to continue the sentencing in this matter currently scheduled for November 10, 2005. As grounds, defense counsel states that Dr. Marilyn Price has not yet fully completed her evaluation and has requested additional medical records from counsel in order to complete her report.

The defendant requests that the sentencing in the matter be continued for an additional two weeks.

Respectfully submitted
Robert Salisbury
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to James Leavey, Assistant United States Attorney, on November 2nd, 2005.