## Attention Deficit Hyperactivity Disorder

A detailed booklet that describes the symptoms, causes, and treatments, with information on getting help and coping.

2003 (rev)



Introduction
Symptoms
Hyperactivity-impulsivity
Inattention
Is it Really ADHD?
Diagnosis
What Causes ADHD?
Disorders the Sometimes Accompany ADHD
The Treatment of ADHD
The Family and the ADHD Child
Some Simple Behavioral Interventions
Your ADHD Child and School
Your Teenager with ADHD
Attention Deficit Hyperactivity Disorder in Adults
References

Back To Top

Attention Deficit Hyperactivity Disorder (ADHD) is a condition that becomes apparent in some children in the preschool and early school years. It is hard for these children to control their behavior and/or pay attention. It is estimated that between 3 and 5 percent of children have ADHD, or approximately 2 million children in the United States. This means that in a classroom of 25 to 30 children, it is likely that at least one will have ADHD.

ADHD was first described by Dr. Heinrich Hoffman in 1845. A physician who wrote books on medicine and psychiatry, Dr. Hoffman was also a poet who became interested in writing for children when he couldn't find suitable materials to read to his 3-year-old son. The result was a book of poems, complete with illustrations, about children and their characteristics. "The Story of Fidgety Philip" was an accurate description of a little boy who had attention deficit hyperactivity disorder. Yet it was

Top