FILED

DEC 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-58-01S |
| | ) | |
| ROBERT SALISBURY | ) | |

# MOTION TO SEAL

Now comes the defendant Robert Salisbury and moves this Honorable Court to seal the motion for downward departure along with accompanying memorandum filed in this matter.

Respectfully submitted
Robert Salisbury
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to James Leavey, Assistant United States Attorney, on December 13, 2005

Granted.
Mary M. Lisi
USDJ 12/14/05