IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. )
) Case No.:1:005CR00058-001ML
ROBERT A. SALISBURY, )
Defendant )
)

MOTION FOR PARTIAL RESTITUTION PAYMENT FROM MONEY SEIZED

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Michael P. Iannotti, Assistant United States Attorney for the District of Rhode Island, and moves this Court for an Order authorizing payment of $3,430 seized by the Rhode Island State Police to the Clerk of the United States District Court.

The government seeks the application of the $3,430, which was seized from the defendant following his arrest on April 14, 2005 and now held by the Rhode Island State Police, in partial satisfaction of the restitution imposed in the within matter. In support of it's motion, the United States incorporates the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

Robert Clark Corrente
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2006, I mailed a true copy of the foregoing motion and accompanying memorandum, via first class mail, postage prepaid, to Robert A. Salisbury, 69 Moosup Valley Road, Foster, Rhode Island 02825 and Edward C. Roy, Esq., 10 Weybosset Street, Providence, Rhode Island 02903.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.:1:005CR00058-001ML |
| ROBERT A. SALISBURY, | ) | |
| Defendant | ) | |
| | ) | |

MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S
MOTION FOR PARTIAL RESTITUTION PAYMENT FROM MONEY SEIZED

On April 14, 2005, the defendant, Robert A. Salisbury, was arrested by the Rhode Island State Police following the robbery of $4,620 from Dexter Credit Union, One Village Plaza Way, Scituate, Rhode Island 02857. The Rhode Island State Police officers seized $3,430 in U.S. Currency from Salisbury.

On June 14, 2005 the defendant pled guilty to a one-count Indictment charging him with bank robbery in violation of Title 18, U.S.C., § 2113(a), a Class C. felony. He was sentenced to 42 months imprisonment to be followed by 3 years supervised release. In addition to the mandatory $100 assessment, the defendant was ordered to pay $2,500 in restitution to Dexter Credit Union and $2,120 in restitution to CUNA Mutual Group[1]. The Court determined that the defendant lacked the ability to pay any fine or interest.

As of January 4, 2006, neither the assessment nor the restitution has been paid. The $3,430 is currently held by the

---

[1] CUNA Mututal Group paid an insurance claim in the amount of $2,120 to Dexter Credit Union in connection with the loss.

Rhode Island State Police.

Since the Rhode Island State Police has seized the $3,430 in U.S. currency from the defendant, and is currently holding it pending disposition of this matter, the government seeks the application of the $3,430 to the restitution imposed in the within matter.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

Robert Clark Corrente
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
(401) 709-5000