IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 0 8 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
v. )
) Case No.:1:005CR00058-001ML
ROBERT A. SALISBURY, )
Defendant )
)

ORDER FOR PARTIAL RESTITUION PAYMENT FROM MONEY SEIZED

This matter having come before the court on the government's Motion for Partial Restitution Payment From Money Seized, it is hereby

ORDERED, ADJUDGED, AND DECREED

that the Rhode Island State Police shall pay to the Clerk of the United States District Court the $3,430 in U.S. currency seized from the defendant and currently held by the Rhode Island State Police to be applied as partial satisfaction of the restitution imposed on December 14, 2005.

By Order:

Barbara Barletta
Deputy Clerk

ENTER:

Mary M. Lisi
Mary M. Lisi
United States District Judge

Date: January 23, 2006